# UNITED STATES DISTRICT COURT
for the

District of Montana

**FILED** OCT 11 2016 Clerk, U.S. District Court District Of Montana Billings

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Homar Renova-Castillo ) | Case No: CR 13-46-BLG-SPW |
| ) | USM No: 97196-308 |
| Date of Original Judgment: 02/05/2014 ) | |
| Date of Previous Amended Judgment: _____ ) | Mark Werner (appointed) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   135 months   months **is reduced to**   108 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/05/2014   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/07/2016

*Judge's signature*

Effective Date: _____       Susan P. Watters, U.S. District Court Judge
*(if different from order date)*                          *Printed name and title*